**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01629-CV

### IN THE INTEREST OF I.C.G., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-00258-T**

## ORDER
Before Chief Justice Wright and Judges Lang-Miers and Stoddart

Before the Court is appellant's Emergency Motion to Suspend Operation of Final Judgment. The Court requests that appellees, Cashunda Nicholson and Texas Department of Child Protective Services, and Pamela Isaacson, the guardian ad litem for the child who is the subject of this case, file their responses to the motion on or before February 23, 2015.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE